T. Gregory Jackson (admitted *pro hac vice*)
John M. Farrell (admitted *pro hac vice*)
ARCADI JACKSON L.L.P.
2911 Turtle Creek Boulevard
Suite 800
Dallas, Texas 75219-6250
Telephone: 214.865.6458
Facsimile: 214.865.6522
E-Mail: greg.jackson@arcadijackson.com
       john.farrell@arcadijackson.com

David G. Barker (#024657)
Emily R. Parker (#036286)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: dbarker@swlaw.com
       eparker@swlaw.com

Attorneys for Plaintiff GlobalTranz Enterprises, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GlobalTranz Enterprises, LLC, | Case No. 22-CV-00545-JAT |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL** |
| Pinnacle Logistics Group, LLC, an Arizona corporation; Nicholas Jarvis and Jane Doe Jarvis, husband and wife; Tyler Harper and Jane Doe Harper, husband and wife; Vincent Lamia and Jane Doe Lamia, husband and wife; Megan MacDonald and John Doe MacDonald, wife and husband, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff GlobalTranz Enterprises, LLC ("GlobalTranz") and Defendants Pinnacle Logistics Group, LLC, Nicholas Jarvis and Jane Doe Jarvis, Tyler Harper and Jane Doe Harper, Vicent Lamia and Jane Doe Lamia, and Megan MacDonald and John Doe MacDonald (collectively, "Defendants"), hereby jointly stipulate to dismissal of the above-captioned action, including all claims therein, with prejudice. GlobalTranz and Defendants also agree that each of the parties will bear their own costs and attorneys' fees.

*[Signatures to Follow]*

1  DATED this 7th day of February 2024.

3                                                             SNELL & WILMER L.L.P.

5                                                     By: *s/ T. Gregory Jackson*
                                                          David G. Barker
6                                                         Emily R. Parker
                                                          One E. Washington Street, Suite 2700
7                                                         Phoenix, Arizona  85004-2556

9   T. Gregory Jackson (admitted *pro hac vice*)
    John M. Farrell (admitted *pro hac vice*)
10  ARCADI JACKSON L.L.P.
    2911 Turtle Creek Boulevard, Suite 800
11  Dallas, Texas 75219-6250

12  *Attorneys for Plaintiff GlobalTranz Enterprises, LLC*

17                                                    By: *s/ Wesley S. Loy (with permission)*
                                                          Wesley S. Loy
18                                                        2800 North Central Avenue
                                                          Suite 1600
19                                                        Phoenix, Arizona  85004-1047

21  *Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I further certify that on the same date, the attached document was automatically sent to the following, who are registered participants of the CM/ECF System.

Wesley S. Loy
2800 North Central Avenue
Suite 1600
Phoenix, Arizona  85004-1047

*s/ T. Gregory Jackson*
T. Gregory Jackson