# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Globaltranz Enterprises LLC, | No. CV-22-00545-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Pinnacle Logistics Group LLC, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties (Doc. 115),

**IT IS ORDERED** that this case, including all claims, is hereby dismissed with prejudice and that each party shall bear its own fees and costs, if any.

Dated this 9th day of February, 2024.

James A. Teilborg
Senior United States District Judge